UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET TIETJEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. C20-5340 RAJ<br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including July 17, 2020, to file a Response to Plaintiff's Complaint.

DATED this 19th day of June, 2020.

　
The Honorable Richard A. Jones
United States District Judge

ORDER - 1