UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET TIETJEN, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:20-CV-05340-RAJ <br><br><br> ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including July 15, 2020, to file a Response to Plaintiff's Complaint.

DATED this 13th day of July, 2020.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge