UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET TIETJEN, | Civil No. 3:20-CV-05340-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including August 12, 2020, to file a Response to Plaintiff's Complaint.

DATED this 13th day of July, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Page 1      ORDER - [3:20-CV-05340-RAJ]